# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., <br>                 Plaintiff(s), <br> vs. <br> TIMOTEO BARAJAS, et al., <br>                 Defendant(s). | Case No. 2:15-cv-0837-JAD-NJK <br><br> ORDER |

      Plaintiff and Defendant Timoteo Barajas were required to file a proposed discovery plan by September 21, 2015.  *See* Local Rule 26-1(d); *see also* Docket No. 7.  The Court is also cognizant that a notice of bankruptcy was filed with respect to Defendant Timos, Inc. d/b/a Viva Michocan.  *See* Docket No. 12.  In light of that notice of bankruptcy, Plaintiff and Defendant Timoteo Barajas shall file a joint status report no later than October 9, 2015, explaining whether they believe this case should be stayed in its entirety in light of that notice of bankruptcy or whether it should proceed with respect to Timoteo Barajas only.  That joint status report shall also explain the current status of the bankruptcy proceedings (which appear to have begun three and a half years ago).

      IT IS SO ORDERED.

      DATED: September 29, 2015

                                        _____ <br>
                                      NANCY J. KOPPE <br>
                                      United States Magistrate Judge