# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., <br><br>　　　　　Plaintiff(s), <br><br>vs. <br><br>TIMOTEO BARAJAS, et al., <br><br>　　　　　Defendant(s). | Case No. 2:15-cv-0837-JAD-NJK <br><br> ORDER |

　　　On September 29, 2015, the Court ordered as follows:

> In light of that notice of bankruptcy, Plaintiff and Defendant Timoteo Barajas shall file a joint status report no later than October 9, 2015, explaining whether they believe this case should be stayed in its entirety in light of that notice of bankruptcy or whether it should proceed with respect to Timoteo Barajas only. That joint status report shall also explain the current status of the bankruptcy proceedings (which appear to have begun three and a half years ago).

Docket No. 13. Plaintiff and Defendant Timoteo Barajas failed to comply with that order. The Court **ORDERS** Plaintiff and Defendant Timoteo Barajas to file the joint status report previously ordered no later than October 22, 2015. **Failure to comply with this order will result in the issuance of an order to show cause why sanctions should not be imposed.**

　　　IT IS SO ORDERED.

　　　DATED: October 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge