# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | |
| Plaintiff(s), | Case No. 2:15-cv-0837-JAD-NJK |
| vs. | ORDER |
| TIMOTEO BARAJAS, et al., | |
| Defendant(s). | |

On October 22, 2015, Plaintiff purported to file a joint status report indicating that bankruptcy proceedings had terminated and that the case should proceed with respect to all Defendants. Docket No. 15. The status report, however, was not signed by either Defendant. *See id.* at 2. The Court hereby **ORDERS** the parties to file a properly signed joint status report no later than November 10, 2015.

In light of the representations made therein, the Court further **ORDERS** Plaintiff and Defendant Timoteo Barajas to file a joint proposed discovery plan no later than November 24, 2015.[1]

IT IS SO ORDERED.

DATED: November 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent Defendant Timos, Inc. appears before that date, it shall also join in the filing of the joint proposed discovery plan.