# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | |
| Plaintiff(s), | Case No. 2:15-cv-0837-JAD-NJK |
| vs. | ORDER |
| TIMOTEO BARAJAS, et al., | |
| Defendant(s). | |

On November 4, 2015, the Court ordered "Plaintiff and Defendant Timoteo Barajas to file a joint proposed discovery plan no later than November 24, 2015." Docket No. 16. To date, Plaintiff and Defendant Timoteo Barajas have failed to comply. The Court expects parties to comply with clear orders. The Court hereby **ORDERS** Plaintiff and Defendant Timoteo Barajas to file a joint proposed discovery plan no later than December 3, 2015. **Failure to comply with this order will result in the issuance of an order to show cause why sanctions should not be imposed.**

IT IS SO ORDERED.

DATED: November 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge