# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., ) | Case No. 2:15-cv-0837-JAD-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| TIMOTEO BARAJAS, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is the parties' proposed discovery plan.  Docket No. 20.  Discovery plans must comply with the requirements of Rule 26(f) of the Federal Rules of Civil Procedure and of Local Rule 26-1.  The pending discovery plan is deficient in numerous ways.  The Court hereby **SETS** a scheduling conference in this case for 3:30 p.m. on December 9, 2015, in Courtroom 3B.  Prior to the hearing, Plaintiff's counsel and Mr. Barajas shall familiarize themselves with the above rules.

In addition, Mr. Barajas appears to be attempting to represented Defendant Timos, Inc. in this matter.[1]  Mr. Barajas is advised that corporations may appear in federal court only through a licensed attorney.  *See, e.g.*, *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Mr. Barajas shall immediately attempt to obtain an attorney to appear on behalf of Defendant Timos, Inc., and shall be prepared to discuss the status of that process at the above hearing.

IT IS SO ORDERED.

DATED: December 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1]  From the Court's review of the docket, it does not appear that Defendant Timos, Inc. has filed an answer or otherwise formally appeared in this case.