# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., ) | |
|                Plaintiff(s), ) | Case No. 2:15-cv-0837-JAD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| TIMOTEO BARAJAS, et al., ) | |
| ) | |
|                Defendant(s). ) | |

      On December 3, 2015, the Court ordered the parties to attend a hearing on the proposed discovery plan that had been submitted. Docket No. 21. That hearing was set to commence at 3:30 p.m. on December 9, 2015. The Court called the case for hearing, but neither any counsel of record for Plaintiff nor Defendant Timoteo Barajas appeared. The Court hereby **ADMONISHES** Plaintiff's counsel Richard Gunnerson and Defendant Timoteo Barajas that they must comply with all court orders and all applicable rules in the future. Although this case is in its infancy, Mr. Gunnerson and Mr. Barajas have repeatedly failed to do so. *See, e.g.*, Docket Nos. 9 (failure to file certificate of interested parties); Docket No. 14 (failure to timely file a joint status report); Docket No. 16 (failure to file a signed status report); Docket No. 19 (failure to timely file a discovery plan); Docket No. 21 (failure to file a discovery plan in compliance with the local rules).

      Plaintiff, Plaintiff's counsel, and Defendant are **CAUTIONED** that failure to comply with court orders and applicable rules in the future may result in the imposition of sanctions, up to and including case-dispositive sanctions.

1  The parties are **ORDERED** to file a proper discovery plan no later than noon on December 11, 2015.

IT IS SO ORDERED.

DATED: December 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2