UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

J & J Sports Productions, Inc.,

    Plaintiff

v.

Timoteo Barajas, et al.,

    Defendants

2:15-cv-00837-JAD-NJK

**Order Dismissing and Closing Case**

On October 14, 2016, this court warned plaintiff J & J Sports Productions, Inc. that this action had been pending for more than 270 days without any proceeding of record and that it would be dismissed under Local Rule 41-1 if no action was taken by November 13, 2016. That deadline has passed, and J & J has taken no action of record in this case or otherwise responded to this court's order.

Accordingly, IT IS HEREBY ORDERED **that this action is DISMISSED under Local Rule 41-1 for want of prosecution**. The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 15th day of November, 2016.

_____
Jennifer A. Dorsey
United States District Judge